\16

Franciszek Niemyjski
12686 W Jasmine Trl.
Peoria, AZ 85383

FILED
2010 MAR 10 AM 9: 13
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| Franciszek Niemyski | Chapter 13 |
| Debtor, | No. 2:09-bk-27810-CGC |
| vs. | |
| Federal National Mortgage Associations | RESPONSE TO MOTION FOR |
| Respondents | RELIEF FROM STAY |

Trustee Sale that happened on December 8th, 2009 should have not happened due to automatic stay. With accordance with Title 11 USC § 362 (c)(1) primary residence stays as part of estate until the case is closed.
Another reason used for filling motion for relief from stay was no equity in the property which is not true either. See attachment "A" with same home models in the same community as primary residence of the Debtor which sold within last 6 months for price higher than mortgage amount.

_____, Pro Se
Franciszek Niemyjski
12686 W Jasmine Trl.
Peoria, AZ 85383

03/10/2010

| # | | Price / Status / MLS # | Map Code/Grid | Dwelling Type | # Bedrooms | # Bathrooms | Approx SQFT | Subdivision | Auction | Listing Member |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Status Change | $317,725<br>12980 W KOKOPELLI DR<br>Peoria, AZ 85383<br>Closed / 4301696 | H29 | SF | 3 | 3 | 2,111 | Trilogy at Vistancia | | |
| 2 | | $317,000<br>12907 W BENT TREE DR<br>Peoria, AZ 85383<br>Closed / 4038530 | H29 | SF | 2 | 2 | 2,193 | Trilogy at Vistancia | | |
| 3 | | $332,000<br>12457 W MAYA WAY<br>Peoria, AZ 85383<br>Closed / 4267113 | H29 | SF | 2 | 2 | 2,193 | Trilogy at Vistancia | | |
| 4 | Status Change | $344,900<br>29269 N 130TH GLN<br>Peoria, AZ 85383<br>Closed / 4309144 | H29 | SF | 2 | 1.75 | 2,193 | trilogy | | |
| 5 | | $353,900<br>29306 N 130TH DR<br>Peoria, AZ 85383<br>Closed / 4266317 | H29 | SF | 2 | 2 | 2,153 | TRILOGY | | |
| 6 | | $389,000<br>27463 N 130TH DR<br>Peoria, AZ 85383<br>Closed / 4279694 | H29 | SF | 3 | 2 | 2,193 | Trilogy at Vistancia | | |
| 7 | | $420,000<br>27617 N MAKENA PL<br>Peoria, AZ 85383<br>Closed / 4270143 | H29 | SF | 2 | 2 | 2,193 | Trilogy at Vistancia | | |

Prepared by Andrzej Niemyjski    All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.    March 10, 2010 7:33 AM MST    © 2010 MLS and FBS.

Attachment "A"

Pages: 15

03/10/2010

Client Report (1)  **12980 W KOKOPELLI DR Peoria, AZ 85383**  $317,725

4301696  Residential  Single Family - Detached  Closed



| | |
|---|---|
| **Beds/Baths:** 3 / 3<br>**SF:** 2,111 / County Assessor<br><br>**Year Built:** 2006<br>**Pool:** Both Private & Community<br>**EF:** 33RDPQ2.5G<br>**Approx Lot SqFt:** 7,842 / County Assessor<br>**Apx Lot Size Range:** 7,501 - 10,000<br>**Level:** Single Level<br>**Dwelling Type:** Single Family - Detached | **Subdivision:** Trilogy at Vistancia<br>**Tax Municipality:** Peoria<br>**Marketing Name:**<br>**Planned Cmty Name:**<br>**Model:**<br>**Builder Name:** unknown<br>**Hun Block:** 12900 W<br>**Map Code/Grid:** H29<br>**Bldg Number:** |
| **Ele Sch Dist:** 011 - Peoria Unified District<br>**Elementary School:** Adult<br>**Jr. High School:** Adult | **High School Dist #:** 011 - Peoria Unified District<br>**High School:** Adult |

**Cross Streets:** Happy Valley/Lake Pleasant Road **Directions:** 101 to 75th Ave, North to Deer Valley Rd, L to Lake Pleasant, R to Happy Valley, L to Trilogy Blvd, L on 130th Ave, L on Kokopelli to property

**Remarks:** LENDER OWNED**WONDERFUL OPPORTUNITY ON THIS BEAUTIFUL HOME IN THE 55+ COMMUNITY OF TRILOGY**HOME INCLUDES A PRIVATE COURTYARD AND A GUEST HOUSE**GOURMET KITCHEN WITH SS APPLIANCES AND STAGGERED CABINETS**BACKYARD HAS AN EXTENDED PATIO AND PLAY POOL**HURRY HURRY HURRY!! DON'T MISS OUT ON THIS GREAT OPPORTUNITY**AS-IS-SELLER MAKES NO WARRANTIES OR GUARANTIES**CALL AGENT FOR AVAILABILITY**PLEASE ALLOW 2-3 BUSINESS DAYS FOR SELLER'S RESPONSE

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2.5 Car Garage<br><br>**Pool - Private:** Pool - Private<br>**Spa:** None<br>**Horses:** N<br><br>**Fireplace:** No Fireplace<br>**Property Description:** Golf Course Subd; Gated Community; Guarded Entry<br>**Exterior Features:** Separate Guest House; Covered Patio(s); Pvt Yrd(s)/Crtyrd(s)<br>**Features:**<br>**Complex Feature:** Clubhouse/Rec Room; Community Pool; Community Pool Htd; Community Spa; Community Spa Htd; Gated Community; Golf Course; On-Site Guard | **Kitchen Features:** Other (See Remarks)<br>**Master Bathroom:** 3/4 Bath Master Bdrm<br><br>**Laundry:** Wshr/Dry HookUp Only<br>**Dining Area:** Formal; Eat-in Kitchen; Breakfast Bar; Dining in LR/GR; Breakfast Room<br>**Other Rooms:** Guest Qtrs-Sep Entrn<br>**Basement Description:** None | **Const - Finish:** Stucco<br>**Construction:** Frame - Wood<br><br>**Roofing:** All Tile<br>**Fencing:** View/Wrought Iron; Block<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public | **County Code:** Maricopa<br>**Legal Subdivision:** TRILOGY AT VISTANCIA PARCEL C22<br>**AN:** 510-03-251<br>**Lot Number:** 1056<br>**Town-Range-Section:** 5N-1W-35<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 2,899/2009<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; CTL; FHA; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br><br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Exist 1st Loan Terms:**<br>**Disclosures:** None<br><br><br>**Possession:** Close of Escrow |

### Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:** Trilogy at Vistancia<br>**HOA Telephone:** 602-906-4914 | **HOA Fee/Paid:** $ 531/Quarterly<br>**Association Fee Incl:** Common Area Maint | **Assoc Rules/Info:** Clubhouse/Rec Center; Prof Managed | **Rec Center:** Y<br>**Rec Center Fee:** 0<br><br>**Cap Imprv/Impact Fee:** 0<br>**Land Lease Fee:** 0<br><br>**PAD Fee:** $ 0 |

| Listing Dates | Pricing and Sale Info | | Listing Contract Info |
|---|---|---|---|
| **CDOM/ADOM:** 16 / 16<br><br>**Close of Escrow Date:** 03/08/2010<br>**Off Market Date:** 12/23/2009 | **List Price:**<br>**Sold Price:**<br>**Sold Price/SqFt:**<br>**Loan Type:** | $ 296,900<br>$ 317,725<br>$ 150.51<br>Conventional | **Special Listing Cond:** Age Rstrt (See Rmks); Lender Owned Prop<br>**Status Update:** |

| | Loan Years: 30 | |
| --- | --- | --- |
| | Payment Type: Fixed | |
| | Pnts Pd By Buyer: 0 | |
| | Pnts Pd By Seller: 0 | |
| | Closing Cost Split: Normal - N | |

*Listed by*: Juli Feinberg (crst01)

# 12907 W BENT TREE DR Peoria, AZ 85383

**$317,000**

4038530  Residential  Single Family - Detached  Closed



| | |
|---|---|
| **Beds/Baths:** 2 / 2<br>**SF:** 2,193 / County Assessor<br><br>**Year Built:** 2006<br>**Pool:** Community<br>**EF:** 22RDO2G<br>**Approx Lot SqFt:** /<br>**Apx Lot Size Range:** 1 - 7,500<br>**Level:** Single Level<br>**Dwelling Type:** Single Family - Detached | **Subdivision:** Trilogy at Vistancia<br>**Tax Municipality:** Peoria<br>**Marketing Name:** Trilogy at Vistancia<br>**Planned Cmty Name:** Trilogy at Vistancia<br>**Model:** Civitas<br>**Builder Name:** Shea<br>**Hun Block:** 2700 N<br>**Map Code/Grid:** H29<br>**Bldg Number:** |
| **Ele Sch Dist:** 000 - Out of Area<br>**Elementary School:** Other<br>**Jr. High School:** Other | **High School Dist #:** 000 - Out of Area<br>**High School:** Other |

**Cross Streets:** Lake Pleasant & Happly Valley **Directions:** West on Happy Valley becomes Vistancia Blvd, Left on Trilogy Blvd, Left on Eagle, Left on Hedge Hog, Right on Bent Tree

**Remarks:** PRICE REDUCTION...... Fabulous Tuscan Style Civitas Model with private resort like backyard. This wonderful home shows better than a model. Entry is through a beautiful private courtyard. Upgraded kitchen with staggered cabinets and granite counters. Great room with media niche and views of the one of a kind backyard with custom BBQ, fountain and entertaining area. Private office with built in desk. Den has custom etched glass French Doors. Extended garage with cabinets and work bench.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2 Car Garage; Extnded Lngth Garage; Electric Door Opener; Attch'd Gar Cabinets<br><br>**Pool - Private:** No Pool<br>**Spa:** None<br>**Horses:** N<br><br>**Fireplace:** No Fireplace<br>**Property Description:** Golf Course Subd; Desert Front; Desert Back; Guarded Entry<br>**Exterior Features:** Patio; Covered Patio(s); Private Street(s); Pvt Yrd(s)/Crtyrd(s); Yrd Wtring Sys Front; Yrd Wtring Sys Back; Built-in BBQ<br>**Features:** 9+ Flat Ceilings; Fire Sprinklers; No Interior Steps<br>**Complex Feature:** Biking/Walking Path; Clubhouse/Rec Room; Community Pool; Community Pool Htd; Community Spa; Community Spa Htd; Concierge; Gated Community; Golf Course; Tennis Court(s)<br><br>**Flooring:** Carpet; Tile | **Kitchen Features:** Range/Oven; Dishwasher; Disposal; Microwave; Kitchen Island<br>**Master Bathroom:** 3/4 Bath Master Bdrm; Double Sinks<br>**Additional Bedroom:** Master Bdrm Split; Other Bdrm Split; Mstr Bdr Walkin Clst<br>**Laundry:** Wshr/Dry HookUp Only; Inside Laundry<br>**Dining Area:** Formal; Eat-in Kitchen; Breakfast Bar; Dining in LR/GR<br>**Other Rooms:** Great Room; Den/Office<br>**Basement Description:** | **Architecture:** Santa Barbara/Tuscan<br><br>**Unit Style:** All on One Level<br>**Const - Finish:** Painted; Stucco<br>**Construction:** Frame - Wood<br><br>**Roofing:** All Tile<br>**Fencing:** None<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br><br>**Technology:** Cable TV Avail; HighSpd Intrnt Aval<br>**Energy/Green Feature:** Ceiling Fan(s); Multi-Pane Wndws; Multi-Zones | **County Code:** Maricopa<br>**Legal Subdivision:** TRILOGY AT VISTANCIA PARCEL C28<br>**AN:** 510-03-179<br>**Lot Number:** 1002<br>**Town-Range-Section:** --<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 2,515/2007<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br><br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Exist 1st Loan Terms:**<br>**Disclosures:** Seller Disc Avail<br><br><br>**Possession:** By Agreement |

## Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:**<br>**HOA Telephone:** | **HOA Fee/Paid:** $ 486/Quarterly<br>**Association Fee Incl:** Common Area Maint | **Assoc Rules/Info:** Pets OK (See Rmrks); NoVsble TrkTrlrRvBt; Clubhouse/Rec Center; Prof Managed | **Rec Center:** Y<br><br>**Cap Imprv/Impact Fee:** 0<br>**Land Lease Fee:** 0<br><br>**PAD Fee:** $ 0 |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|

| | | |
|---|---|---|
| CDOM/ADOM: 350 / 350 | List Price: $ 320,000 | Special Listing Cond: Age Rstrt (See Rmks) |
| Close of Escrow Date: 10/29/2009 | Sold Price: $ 317,000 | Status Update: |
| Off Market Date: 09/11/2009 | Sold Price/SqFt: $ 144.55 | |
| | Loan Type: Conventional | |
| | Loan Years: 30 | |
| | Payment Type: Fixed | |
| | Pnts Pd By Buyer: 0 | |
| | Pnts Pd By Seller: 0 | |
| | Closing Cost Split: Normal - N | |

Listed by: HomeSmart (cril04)

Prepared by Andrzej Niemyjski   All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.   March 10, 2010 7:33 AM MST   © 2010 MLS and FBS.

Client Report (3)     **12457 W MAYA WAY Peoria, AZ 85383**     **$332,000**



| 4267113 | Residential | Single Family - Detached | Closed |
|---|---|---|---|

**Beds/Baths:** 2 / 2
**SF:** 2,193 / Builder

**Year Built:** 2005
**Pool:** Both Private & Community
**EF:** 22RPSO2.5G
**Approx Lot SqFt:** /
**Apx Lot Size Range:** 1 - 7,500
**Level:** Single Level
**Dwelling Type:** Single Family - Detached

**Subdivision:** Trilogy at Vistancia
**Tax Municipality:** Peoria
**Marketing Name:** Trilogy
**Planned Cmty Name:** Trilogy
**Model:** Civitas
**Builder Name:** Shea
**Hun Block:** 26900 N
**Map Code/Grid:** H29
**Bldg Number:**

**Ele Sch Dist:** 011 - Peoria Unified District
**Elementary School:** Adult
**Jr. High School:** Adult

**High School Dist #:** 011 - Peoria Unified District
**High School:** Adult

**Cross Streets:** Happy Valley & Lake Pleasant   **Directions:** West on Happy Valley left at Trilogy entrance (approx: 5 miles) Stop at guard gate. Through gate to Blue Sky, left to 125th Ave. Right to Bajada, quick left than quick right to Maya. left to home

**Remarks:** This home has it all, south Facing backyard, Tuscan elevation with upgraded doors and private courtyard. Chiseled edge tile in all areas except bedrooms with upgraded carpet. Custom kitchen with built-in stainless steel appliances, trash compactor, Staggered oak raised panel cabinets with designer package and rubbed bronse hardware, gas range, slab granite with undermount sink and exit to courtyard. Upgraded lighting and hardware throughout. Master bedrm has bay window and seperate exit and custom designed closet by Classy closets. Mstr bath has Granitex counters,custom trim, 1/4 glass shower door. Great room & den lots of custom built-in's. Private backyard has a Peble-Tec Paddock Pool, self clean system, Built-in BBQ, Hot Springs SPA with no homes behind, Extended garage.

| Master Bedroom | 16 15 | Bedroom 2 | 15 12 | Kitchen | 15 13 | | |
|---|---|---|---|---|---|---|---|
| Den | 20 12 | Family Room | 26 30 | | | | |

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2.5 Car Garage; Electric Door Opener<br><br>**Pool - Private:** Pool - Private; Play Pool<br>**Spa:** Above Ground Spa<br>**Horses:** N<br><br>**Fireplace:** No Fireplace<br>**Property Description:** Golf Course Subd; Desert Front; Desert Back; Gated Community; North/South Exposure<br>**Exterior Features:** Covered Patio(s); Pvt Yrd(s)/Crtyrd(s); Built-in BBQ<br>**Features:** 9+ Flat Ceilings; Fire Sprinklers; Water Softener Owned; Drink Wtr Filter Sys<br>**Complex Feature:** Biking/Walking Path; Children's Playgrnd; Clubhouse/Rec Room; Community Pool Htd; Community Spa Htd; Gated Community; Golf Course; On-Site Guard; Tennis Court(s)<br><br>**Flooring:** Carpet; Tile | **Kitchen Features:** Range/Oven; Dishwasher; Disposal; Microwave; Compactor; Pantry<br>**Master Bathroom:** 3/4 Bath Master Bdrm; Double Sinks<br>**Additional Bedroom:** Master Bdrm Split; Separate Bdrm Exit<br>**Laundry:** Wshr/Dry HookUp Only<br>**Dining Area:** Eat-in Kitchen; Breakfast Bar; Dining in LR/GR<br>**Other Rooms:** Great Room; Den/Office<br>**Basement Description:** | **Architecture:** Santa Barbara/Tuscan<br><br>**Const - Finish:** Painted; Stucco; Brick Trim/Veneer<br>**Construction:** Frame - Wood<br><br>**Roofing:** Concrete<br>**Fencing:** View/Wrought Iron; Block<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br>**Services:** City Services<br>**Technology:** Pre-Wire Sat Dish; Sat Dish TV Ownd; Cable TV Avail; HighSpd Intrnt Aval; Ntwrk Wrng Multi Rms<br>**Energy/Green Feature:** Ceiling Fan(s); Multi-Pane Wndws; Multi-Zones; R-Value Upgrades; Recirculation Pump | **County Code:** Maricopa<br>**Legal Subdivision:** DESERT BLOOM AT TRILOGY AT VISTANCIA PARCEL C31<br>**AN:** 510-02-182<br>**Lot Number:** 411<br>**Town-Range-Section:** 5N-1W-35<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 2,621/2010<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; FHA; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br><br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Exist 1st Loan Terms:** Non Assumable<br>**Disclosures:** Seller Disc Avail; Agency Discl Req<br><br>**Miscellaneous:** Home Warranty<br>**Possession:** Close of Escrow |

### Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:** Trilogy Comm Assoc<br>**HOA Telephone:** | **HOA Fee/Paid:** $ 531/Quarterly<br>**Association Fee Incl:** Common Area Maint; Street Maint | **Assoc Rules/Info:** Pets OK (See Rmrks); Rental OK (See Rmrks); Clubhouse/Rec Center; Prof Managed | **Cap Imprv/Impact Fee:** 0<br>**Land Lease Fee:** 0 |

03/10/2010

| Listing Dates | Pricing and Sale Info | | Listing Contract Info |
|---|---|---|---|
| **CDOM/ADOM:** 68 / 68 | **List Price:** | $ 349,000 | |
| **Close of Escrow Date:** 12/31/2009 | **Sold Price:** | $ 332,000 | **Special Listing Cond:** Age Rstrt (See Rmks); Owner/Agent |
| **Off Market Date:** 12/29/2009 | **Sold Price/SqFt:** | $ 151.39 | **Status Update:** |
| | **Loan Type:** | VA | |
| | **Loan Years:** | 30 | |
| | **Payment Type:** | Fixed | |
| | **Pnts Pd By Buyer:** 0 | | |
| | **Pnts Pd By Seller:** 0 | | |
| | **Closing Cost Split:** Normal - N | | |

PAD Fee: $ 0

*Listed by:* Realty Executives (reax33)

Prepared by Andrzej Niemyjski   All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.   March 10, 2010 7:33 AM MST   © 2010 MLS and FBS.

03/10/2010

Client Report (4)     **29269 N 130TH GLN Peoria, AZ 85383**     $344,900

4309144    Residential    Single Family - Detached    Closed



| | |
|---|---|
| **Beds/Baths:** 2 / 1.75<br>**SF:** 2,193 / Builder<br>**Year Built:** 2008<br>**Pool:** Community<br>**EF:** 21.75RXNO2G<br>**Approx Lot SqFt:** /<br>**Apx Lot Size Range:** 1 - 7,500<br>**Level:** Single Level<br>**Dwelling Type:** Single Family - Detached | **Subdivision:** trilogy<br>**Tax Municipality:** Peoria<br>**Marketing Name:**<br>**Planned Cmty Name:**<br>**Model:** CIVITAS<br>**Builder Name:** SHEA HOMES<br>**Hun Block:** 292 N<br>**Map Code/Grid:** H29<br>**Bldg Number:** |
| **Ele Sch Dist:** 000 - Out of Area<br>**Elementary School:** Adult<br>**Jr. High School:** Adult | **High School Dist #:** 000 - Out of Area<br>**High School:** Adult |

**Cross Streets:** VISTANCIA BLVD/TRILOGY BLVD **Directions:** NORTH ON LAKE PLEASANT ROAD (99 TH AVE) TO HAPPY VALLEY ROAD--WEST TO TRILOGY BLVD--THROUGH GATE TO MODEL HOME COMPLEX.

**Remarks:** TAXES ARE ESTIMATE--GREAT CIVITAS FLOOR PLAN IN STATE OF THE ART ADULT QUALIFIED COMMUNITY--GOLF COURSE IN COMMUNITY--SUPER CLUB HOUSE WITH A VARIETY OF AMENITIES--THIS HOME IS HIGHLY UPGRADED WITH SPECTACULAR FLOORING, BEAUTIFU CABINETS, COUNTER TOPS, FP IN GREAT ROOM, BAY WINDOW IN MASTER SUITE, FRONT AND REAR YARD LANDSCAPING, TWO-TONE INTERIOR PAINT, ETC...

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2 Car Garage<br>**Pool - Private:** No Pool<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** 1 Fireplace<br>**Exterior Features:** Covered Patio(s)<br>**Features:**<br>**Complex Feature:** Clubhouse/Rec Room; Community Pool Htd; Community Spa Htd; Gated Community; Golf Course | **Kitchen Features:** Range/Oven; Dishwasher; Disposal; Refrigerator<br>**Master Bathroom:** 3/4 Bath Master Bdrm; Separate Shwr & Tub; Double Sinks<br>**Laundry:** Washer Included; Dryer Included; Inside Laundry<br>**Dining Area:** Breakfast Bar; Breakfast Room<br>**Other Rooms:** Den/Office<br>**Basement Description:** | **Const - Finish:** Stucco<br>**Construction:** Frame - Wood<br>**Construction Status:** Complete Spec Home<br>**Roofing:** All Tile<br>**Fencing:** None<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public | **County Code:** Maricopa<br>**Legal Subdivision:** TRILOGY AT VISTANCIA PARCEL C3 REPLAT<br>**AN:** 510-06-560<br>**Lot Number:** 1890<br>**Town-Range-Section:** 5N-1W-26<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 2,900/2009<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Exist 1st Loan Terms:**<br>**Disclosures:** None<br>**Possession:** By Agreement |

### Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:**<br>**HOA Telephone:** | **HOA Fee/Paid:** $ 199/Monthly<br>**Association Fee Incl:** Common Area Maint | **Assoc Rules/Info:** Pets OK (See Rmrks) | **Cap Imprv/Impact Fee:** 0<br>**Land Lease Fee:** 0<br>**PAD Fee:** $ 0 |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 33 / 33<br>**Close of Escrow Date:** 03/08/2010<br>**Off Market Date:** 01/24/2010 | **List Price:** $ 344,900<br>**Sold Price:** $ 344,900<br>**Sold Price/SqFt:** $ 157.27<br>**Loan Type:** Conventional<br>**Loan Years:** 30<br>**Payment Type:** Fixed<br>**Pnts Pd By Buyer:** 0 | **Special Listing Cond:** Age Rstrt (See Rmks)<br>**Status Update:** |

| | Pnts Pd By Seller: 0 | |
| | Closing Cost Split: Normal - N | |

Listed by: R.E. Lockman & Co. Inc. (lock01)

Prepared by Andrzej Niemyjski    All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.    March 10, 2010 7:33 AM MST   © 2010 MLS and FBS.

Client Report (5)    29306 N 130TH DR Peoria, AZ 85383                               $353,900



4266317   Residential   Single Family - Detached   Closed

| Beds/Baths: 2 / 2<br>SF: 2,153 / Builder<br><br>Year Built: 2008<br>Pool: Community<br>EF: 22RNO2G<br>Approx Lot SqFt: /<br>Apx Lot Size Range: 1 - 7,500<br>Level: Single Level<br>Dwelling Type: Single Family - Detached | Subdivision: TRILOGY<br>Tax Municipality: Peoria<br>Marketing Name:<br>Planned Cmty Name:<br>Model: CIVITAS<br>Builder Name: SHEA HOMES<br>Hun Block: 29000 N<br>Map Code/Grid: H29<br>Bldg Number: |
|---|---|
| Ele Sch Dist: 000 - Out of Area<br>Elementary School: Adult<br>Jr. High School: Adult | High School Dist #: 000 - Out of Area<br>High School: Adult |

**Cross Streets:** VISTANCIA BLVD/TRILOGY BLVD **Directions:** NORTH ON LAKE PLEASANT ROAD(99 AVE) TO HAPPY VALLEY ROAD--WEST TO TRILOGY BLVD--SOUTH TO MODEL COMPLEX

**Remarks:** TAXES ARE ESTIMATE--STATE OF THE ART ADULT QUALIFIED COMMUNITY--BEAUTIFUL CIVITAS PLAN WITH 2 BEDROMS AND DEN, GREAT ROOM WITH VIEWS TO REAR YARD, WRAP-A-ROUND REAR PATIO, GOURMET KITCHEN WITH NOOK, MANY UPGRADES INCLUDED IN HOME--OPEN 10/2 AND 10/3.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| Approx SqFt Range: 2,001 - 2,250<br>Parking: 2 Car Garage<br><br>Pool - Private: No Pool<br>Spa: None<br>Horses: N<br><br>Fireplace: No Fireplace<br><br>Exterior Features: Covered Patio(s)<br>Features:<br>Complex Feature: Biking/Walking Path; Clubhouse/Rec Room; Community Pool Htd; Community Spa Htd; Gated Community; Golf Course; Tennis Court(s) | Kitchen Features: Range/Oven; Dishwasher<br>Master Bathroom: Full Bth Master Bdrm; Double Sinks<br>Additional Bedroom: Mstr Bdr Walkin Clst<br>Laundry: Inside Laundry<br>Dining Area: Eat-in Kitchen<br>Other Rooms: Den/Office<br>Basement Description: | Unit Style: All on One Level<br>Const - Finish: Stucco<br>Construction: Frame - Wood<br>Construction Status: Complete Spec Home<br>Roofing: All Tile<br>Fencing: None<br>Cooling: Refrigeration<br>Heating: Gas Heat<br>Utilities: APS; SW Gas<br>Water: City Water<br>Sewer: Sewer - Public | County Code: Maricopa<br>Legal Subdivision: TRILOGY AT VISTANCIA PARCEL C3 REPLAT<br>AN: 510-06-561<br>Lot Number: 1891<br>Town-Range-Section: 5N-1W-26<br>Cty Bk&Pg:<br>Plat:<br>Taxes/Yr: $ 4,200/2008<br>Ownership: Fee Simple<br>New Financing: Cash; Conventional<br>Total Asum Mnth Pmts: $ 0<br><br>Down Payment: $ 0<br>Existing 1st Loan: Treat as Free&Clear<br>Exist 1st Loan Terms:<br>Disclosures: None<br><br><br>Possession: By Agreement |

### Homeowner Association Information

| Homeowners Assoc: Y<br>HOA Name:<br>HOA Telephone: | HOA Fee/Paid: $ 177/Monthly<br>Association Fee Incl: Common Area Maint | Assoc Rules/Info: Pets OK (See Rmrks); Clubhouse/Rec Center; Prof Managed | Cap Imprv/Impact Fee: 0<br>Land Lease Fee: 0<br><br>PAD Fee: $ 0 |
|---|---|---|---|

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| CDOM/ADOM:   67 / 68<br>Close of Escrow Date: 12/30/2009<br>Off Market Date:   12/08/2009 | List Price:       $ 353,900<br>Sold Price:       $ 353,900<br>Sold Price/SqFt:  $ 164.38<br>Loan Type:        Conventional<br>Loan Years:       30<br>Payment Type:     Fixed<br>Pnts Pd By Buyer: 0<br>Pnts Pd By Seller: 0 | Special Listing Cond: Age Rstrt (See Rmrks)<br>Status Update: |

| | Closing Cost Split: Normal - N | |

Listed by: R.E. Lockman & Co. Inc. (lock01)

Client Report (6)     **27463 N 130TH DR Peoria, AZ 85383**     $389,000



| | | |
|---|---|---|
| 4279694 | Residential | Single Family - Detached    Closed |

| | |
|---|---|
| **Beds/Baths:** 3 / 2<br>**SF:** 2,193 / Builder<br><br>**Year Built:** 2006<br>**Pool:** Community<br>**EF:** 32RO2.5G<br>**Approx Lot SqFt:** /<br>**Apx Lot Size Range:** 7,501 - 10,000<br>**Level:** Single Level<br>**Dwelling Type:** Single Family - Detached | **Subdivision:** Trilogy at Vistancia<br>**Tax Municipality:** Peoria<br>**Marketing Name:**<br>**Planned Cmty Name:** Trilogy at Vistancia<br>**Model:** Civitas<br>**Builder Name:** Shea<br>**Hun Block:** 13050 W<br>**Map Code/Grid:** H29<br>**Bldg Number:** |
| **Ele Sch Dist:** 011 - Peoria Unified District<br>**Elementary School:** Adult<br>**Jr. High School:** Adult | **High School Dist #:** 011 - Peoria Unified District<br>**High School:** Adult |

**Cross Streets:** Happy Valley & Lake Pleasant **Directions:** W on Happy Valley, L on Trilogy Blvd, L on Eagle Trail, L on 130th Drive to home on Left.

**Remarks:** STOP the CAR HONEY, I FOUND it - Model PERFECT FURNISHED (turn key) HOME on a fantastic wash lot. The Desert VIEWS are SPECTACULAR. The FURNITURE in this HIGHLY UPGRADED Home is available w/a separate bill of sale. SPACIOUS KITCHEN is PERFECT for ENTERTAINING w/GRANITE SLAB counters & FULL DECORATIVE BACKSPLASH, GORGEOUS MAPLE STAGGERED Cabinets w/SLIDE OUT SHELVES. The SPACIOUS Great Room w/CUSTOM BUILT-IN ENTERTAINMENT CENTER is OPEN to the kitchen & dining area. HIGHLY UPGRADED Master Bedroom & Master Bath - Check out the Photo's. Plantation Shutters in all the right places. Enter in the WELCOMING PRIVATE FRONT COURTYARD & RELAX in the PEACEFUL & PRIVATE BACKYARD where you are a part of NATURE. Then go to the KIVA CLUB & ENJOY the AMMENITIES of a 5 STAR RESORT. AAH - this is LIFE IN AZ

| Master Bedroom | 15 15 | Bedroom 2 | 14 12 | Kitchen | 12 12 | | | Living Room | 25 19 |
|---|---|---|---|---|---|---|---|---|---|
| Den | 13 12 | | | | | | | | |

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2.5 Car Garage; Extnded Lngth Garage; Electric Door Opener<br><br>**Pool - Private:** No Pool<br>**Spa:** None<br>**Horses:** N<br><br>**Fireplace:** No Fireplace<br>**Property Description:** Border Pres/Pub Lnd; Golf Course Subd; Desert Front; Desert Back; Mountain View(s); Gated Community; Adjacent to Wash<br>**Exterior Features:** Patio; Covered Patio(s); Private Street(s); Pvt Yrd(s)/Crtyrd(s); Yrd Wtring Sys Front; Yrd Wtring Sys Back<br>**Features:** 9+ Flat Ceilings; Central Vacuum; No Interior Steps; Water Softener Owned; Drink Wtr Filter Sys<br>**Complex Feature:** Biking/Walking Path; Children's Playgrnd; Clubhouse/Rec Room; Community Pool; Community Pool Htd; Community Spa; Community Spa Htd; Concierge; Gated Community; Golf Course; Tennis Court(s)<br><br>**Flooring:** Carpet; Tile | **Kitchen Features:** Range/Oven; Dishwasher; Disposal; Microwave; Refrigerator; Pantry<br>**Master Bathroom:** 3/4 Bath Master Bdrm; Double Sinks<br>**Additional Bedroom:** Master Bdrm Split; Mstr Bdr Walkin Clst<br>**Laundry:** Washer Included; Dryer Included; Inside Laundry<br>**Dining Area:** Eat-in Kitchen; Breakfast Bar; Dining in LR/GR<br>**Other Rooms:** Great Room; Den/Office<br>**Basement Description:** | **Const - Finish:** Painted; Stucco<br>**Construction:** Frame - Wood<br><br>**Roofing:** All Tile<br>**Fencing:** None<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br>**Services:** City Services<br>**Technology:** 3+ Exist Tele Lines; Pre-Wire Srnd Snd; Pre-Wire Sat Dish; Cable TV Avail; Security Sys Owned<br>**Energy/Green Feature:** Ceiling Fan(s); Multi-Pane Wndws; Multi-Zones | **County Code:** Maricopa<br>**Legal Subdivision:** TRILOGY AT VISTANCIA PARCEL C25<br>**AN:** 510-03-645<br>**Lot Number:** 1318<br>**Town-Range-Section:** 5N-1W-35<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 2,859/2008<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br><br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Conventional<br>**Exist 1st Loan Terms:**<br>**Disclosures:** Seller Disc Avail; Agency Discl Req; Special Asmnt Dist<br><br>**Possession:** Close of Escrow |

### Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:** Associated Asset Mgm | **HOA Fee/Paid:** $ 597/Quarterly<br>**Association Fee Incl:** Common Area Maint; Street Maint | **Assoc Rules/Info:** Pets OK (See Rmrks); NoVsble TrkTrlrRvBt; Rental OK (See Rmrks); | |

| HOA Telephone: 602-906-4914 | HOA Transfer Fee Amt: 90 | Clubhouse/Rec Center; Prof Managed | Cap Imprv/Impact Fee: $1600<br>Land Lease Fee: 0<br><br>PAD Fee: $ 0 |
|---|---|---|---|

| Listing Dates | Pricing and Sale Info | | Listing Contract Info |
|---|---|---|---|
| **CDOM/ADOM:** 94 / 94<br>**Close of Escrow Date:** 02/16/2010<br>**Off Market Date:** 01/28/2010 | **List Price:**<br>**Sold Price:**<br>**Sold Price/SqFt:**<br>**Loan Type:**<br>**Loan Years:**<br>**Payment Type:**<br>**Pnts Pd By Buyer:**<br>**Pnts Pd By Seller:**<br>**Closing Cost Split:** | $ 392,500<br>$ 389,000<br>$ 177.38<br>Conventional<br>30<br>Interest Only<br>0<br>0<br>Normal - N | **Special Listing Cond:** Age Rstrt (See Rmks)<br>**Status Update:** |

*Listed by*: HomeSmart (cril04)

03/10/2010

Client Report (7)     **27617 N MAKENA PL Peoria, AZ 85383**     **$420,000**



| | |
|---|---|
| **4270143**   Residential   Single Family - Detached | Closed |

| | |
|---|---|
| **Beds/Baths:** 2 / 2<br>**SF:** 2,193 / Builder<br><br>**Year Built:** 2006<br>**Pool:** Community<br>**EF:** 22RO2G<br>**Approx Lot SqFt:** /<br>**Apx Lot Size Range:** 1 - 7,500<br>**Level:** Single Level<br>**Dwelling Type:** Single Family - Detached | **Subdivision:** Trilogy at Vistancia<br>**Tax Municipality:** Peoria<br>**Marketing Name:** Trilogy at Vistancia<br>**Planned Cmty Name:** Trilogy at Vistancia<br>**Model:** CIVITAS<br>**Builder Name:** SHEA<br>**Hun Block:** 12600 W<br>**Map Code/Grid:** H29<br>**Bldg Number:** |
| **Ele Sch Dist:** 000 - Out of Area<br>**Elementary School:** Adult<br>**Jr. High School:** Adult | **High School Dist #:** 000 - Out of Area<br>**High School:** Adult |

**Cross Streets:** Happy Valley & Lake Pleasant Pkwy   **Directions:** West on Happy Valley, becomes Vistancia Blvd. Left on Trilogy Blvd to gate. Left on Blue Sky. Right on Makena to home on left.

**Remarks:** Beautiful Civitas on the 16th championship tee (views, but no golf balls in yard!) overlooking the entire length of the fairway in Trilogy at Vistancia. All the special touches you expect: upgraded KIT w/ stainless appliances, staggered maple cabs w/ chocolate hi-lights, stone counters w/ full backsplash, under-mount sink, R/O water, under-cab lights. Mstr BR has bay window & views. Mstr Bath has upgraded tile counters & shower, upgraded glass shower door. Den upgraded w/ built-in desk & cabs. Plantation shutters thru-out. Ceiling fans in BRs, GrtRm, Den, Mstr Bath. 20inch diagonal tile, sunscreens thru-out. Courtyard entry w/ coated flooring. Patio w/ lighted water feature, coated flooring, built in BBQ, and golf views. Shows like a model, feels like home.

| Master Bedroom | 15 15 | Bedroom 2 | 12 15 | Kitchen | 12 12 | Dining Room | 13 13 | Living Room | 15 29 |
|---|---|---|---|---|---|---|---|---|---|
| Den | 13 13 | | | | | | | | |

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Approx SqFt Range:** 2,001 - 2,250<br>**Parking:** 2 Car Garage; Extnded Lngth Garage; Electric Door Opener<br>**Pool - Private:** No Pool<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** No Fireplace<br>**Property Description:** Golf Course Lot; Golf Course Subd; Desert Front; Desert Back; Gated Community; Guarded Entry; North/South Exposure; Borders Common Area<br>**Exterior Features:** Patio; Covered Patio(s); Pvt Yrd(s)/Crtyrd(s); Yrd Wtring Sys Front; Yrd Wtring Sys Back; Built-in BBQ<br>**Features:** 9+ Flat Ceilings; Fire Sprinklers; No Interior Steps; Water Softener Owned; Soft Water Loop; Drink Wtr Filter Sys<br>**Complex Feature:** Clubhouse/Rec Room; Community Pool Htd; Community Spa Htd; Gated Community; Golf Course; On-Site Guard; Tennis Court(s)<br><br>**Flooring:** Carpet; Tile | **Kitchen Features:** Range/Oven; Dishwasher; Disposal; Microwave; Refrigerator; Pantry<br>**Master Bathroom:** 3/4 Bath Master Bdrm; Double Sinks<br>**Additional Bedroom:** Separate Bdrm Exit; Mstr Bdr Walkin Clst<br>**Laundry:** Inside Laundry<br>**Dining Area:** Eat-in Kitchen; Breakfast Bar; Dining in LR/GR<br>**Other Rooms:** Great Room; Library-Blt-in Bkcse; Den/Office<br>**Basement Description:** | **Architecture:** Santa Barbara/Tuscan<br><br>**Const - Finish:** Painted; Stucco<br>**Construction:** Frame - Wood<br><br>**Roofing:** All Tile<br>**Fencing:** None<br>**Cooling:** Refrigeration<br>**Heating:** Gas Heat<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br>**Services:** City Services<br>**Technology:** Cable TV Avail; HighSpd Intrnt Aval; Ntwrk Wrng Multi Rms<br>**Energy/Green Feature:** Sunscreen(s); Ceiling Fan(s); Multi-Pane Wndws; Multi-Zones; Engy Star Appliances | **County Code:** Maricopa<br>**Legal Subdivision:**<br>**AN:** 510-03-059<br>**Lot Number:** 882<br>**Town-Range-Section:** --<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $ 3,229/2009<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; Conventional<br>**Total Asum Mnth Pmts:** $ 0<br>**Down Payment:** $ 0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Exist 1st Loan Terms:** Non Assumable<br>**Disclosures:** Seller Disc Avail; Agency Discl Req<br><br>**Possession:** Close of Escrow |

### Homeowner Association Information

| | | | |
|---|---|---|---|
| **Homeowners Assoc:** Y<br>**HOA Name:** Associated AssetMgmt | **HOA Fee/Paid:** $ 531/Quarterly<br>**Association Fee Incl:** Common Area Maint; Street Maint | **Assoc Rules/Info:** NoVsble TrkTrlrRvBt; Clubhouse/Rec Center; Self Managed | **Rec Center:** Y<br>**Rec Center Fee:** 0 |

03/10/2010

| HOA Telephone: 602-906-4914 | | | Cap Imprv/Impact Fee: unknown |
| | | | Land Lease Fee: 0 |
| | | | PAD Fee: $ 0 |

| Listing Dates | Pricing and Sale Info | | Listing Contract Info |
|---|---|---|---|
| CDOM/ADOM: 62 / 62 | List Price: | $ 449,000 | |
| | Sold Price: | $ 420,000 | |
| Close of Escrow Date: 01/19/2010 | Sold Price/SqFt: | $ 191.52 | Special Listing Cond: Age Rstrt (See Rmks) |
| Off Market Date: 12/09/2009 | Loan Type: | Conventional | Status Update: |
| | Loan Years: | 30 | |
| | Payment Type: | Fixed | |
| | Pnts Pd By Buyer: 0 | | |
| | Pnts Pd By Seller: 0 | | |
| | Closing Cost Split: Buyer - B | | |

*Listed by*: Thompson's Realty (thom01)

Prepared by Andrzej Niemyjski   All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.   March 10, 2010 7:33 AM MST   © 2010 MLS and FBS.

03/10/2010