**TIFFANY & BOSCO**
P.A.

Dated: April 13, 2010



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32689

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Franciszek Niemyjski<br>　　　　Debtors.<br>_____<br>Federal National Mortgage Association<br>　　　　Movant,<br>　　vs.<br><br>Franciszek Niemyjski, Debtors; Edward J. Maney, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-27810-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #29)<br><br>Hearing Date: April 8, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 22, 2005, and recorded in the office of the Maricopa County Recorder wherein Federal National Mortgage Association is the current beneficiary and Franciszek Niemyjski have an interest in, further described as:

LOT 593, OF TRILOGY AT VISTANCIA PARCEL C34, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 706 OF MAPS, PAGE 21.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE